GUILFORD COUNTY BD. OF COMRS.v. TROGDON

No. 48P97

Case below: 124 N.C.App. 741

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Petition by defendant (Peerless) for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Motion by defendant (Trogdon) to withdraw petition for discretionary review allowed 10 April 1997.

HERRING v. HAYES

No. 71P97

Case below: 125 N.C.App. 211

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

JORDAN v. CENTRAL PIEDMONT COMMUNITY COLLEGE

No. 470P96

Case below: 124 N.C.App. 113

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

KAPLAN v. PROLIFE ACTION LEAGUE OF GREENSBORO

No. 450A96

Case below: 123 N.C.App. 720

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 10 April 1997. Motion by defendants (Prolife Action, et al) to dismiss appeal in part allowed 10 April 1997.

KOLTIS v. N.C. DEPT. OF HUMAN RESOURCES

No. 108P97

Case below: 125 N.C.App. 268

Motion by intervenor respondent (Pitt County Hospital) to withdraw petition for discretionary review allowed 10 April 1997.